FILED

1   Thomas Etienne Rothschild

2   11665 Collier Blvd.

3   P O Box 998026

4   Naples, Fl 34116

5   239-595-5895

6   Thomasrotshchild8@gmail.com

2023 APR 19  AM 11: 33

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS. FLORIDA

7

8                    UNITED STATES DISTRICT COURT

9                    MIDDLE DISTRICT OF FLORIDA

10

11                      JURISDICTION

2:23-CV-00271-JLB-NPM

| | |
|---|---|
| 12  THOMAS ETIENNE ROTHSCHILD AND ALL | Case No.: TBA |
| 13  OTHERS SIMILARLY SITUATED, | |
| 14          Plaintiff, | |
| 15  vs. | PETITION FOR CLASS ACTION CERTIFICATION BREACH OF COVENANT OF QUIET ENJOYMENT FRAUD MALFEASANCE |
| 16  ANYWHERE ADVISORS LLC | VIOLATIONS 0F THE ADA COMPLIANCE TITLE I WRONGFUL TERMINATION |
| 17  ANYWHERE REAL ESTATE INC., *D BA* | HARASSMENT IN THE WORKPLACE |
| Defendant(s) | CIVIL RIGHTS VIOLATION – EMPLOYMENT AGE PETITION FOR WRIT OF MANDATE ORDER 0F |
| 18 | CLASS ACTION APPROVAL |

19

20        Thomas Etienne Rothschild (hereinafter referred to as the Plaintiff) herby brings this Class Action

21   Suit in and for this Court, against Coldwell Banker Real Estate, Anywhere Advisors, LLc, Anywhere Real Estate ,

22   Inc.

23        JURISDICTION AND VENUE

24        The undersigned Declare:

25        1. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, 'which

26        provides district' courts with jurisdiction over civil actions-arising under the United States

27        Constitution or laws of the United States. And because Diversity exists with state and federal law

28        the Federal District court is the correct venue.

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 1

2. This court has personal jurisdiction over the defendant corporation because the corporation's principal place of business is located in this state

3. Venue is proper pursuant to 28 U.S.C. 1391 (b) because the events giving rise to the allegations in this complaint occurred in this district.

1. That I am the Attorney In Fact, representing 'self Pro Per.

2. I am counsel of record for the plaintiff here in.

3.I make this Declaration based on my personal knowledge, except for those items. which are stated to be based on my information and belief. If called to testify could and would, competently testify to the matters herein, based upon my personal knowledge, except for that which is stated to be based on my information and believe, and with respect to those items, believe them to be true.

COMPLAINT AND JURY 'DEMAND

THERE IS NO other civil action between these parties arising out of the same transaction or occurrence as alleged in this complaint pending in this court, nor has any such action been previously led and dismissed or transferred after having been assigned to a Judge.

Based on the information in, this is the proper Judicial District because defendarnt resides 1n this Judicial District. THIS court has jurisdiction over the action and'1swhere the egregious actions occurred at :Coldwell Banker Offices in Naples,Fl, Ft. Myers, Fl and Cape Coral, Fl.

Strict Liability

FACTUAL ALLEGATIONS

1.   Defendant owns and Real Estate Sales offices in Florida, particulary Naples, Ft. Myers, and Cape Coral.

2.   During the time period of 2022-2023 , Defendant, Conducted unfair hiring and firing practices to Plaintiff and in favor of other members of the Class Action Suit.

3.   In this time period multiple complaints and grievances were leveled at Defendant(s) for offenses named in this complaint.

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 2

4.   During this time period due to offensive behaviour, ADA Compliance Violations employment became untenable at Coldwell Banker and was Wrongfully Terminated for no practical reason.

5.   The Defendant(s) were the owner and party responsible for the allegations and charges.

6.   Allegations-demonstrate that the court has subject matter jurisdiction, personal jurisdiction, and venue to adjudicate the claims in the complaint. "Strict liahility" is legal doctrine under which defendant may be held liable for an injury even it the defendant was not negligent or at fault for causing the injury.

7.   Defendant(s) bears strict liability for all damages and infractions that occurred during and after the construction.

I   COUNT I

BREACH OF-COVENANT OF QUIET ENJOYMENT

1..   Defendant has been in,violation of Failure to keep a safe work environment and prevent `harassment in the workplace and nuisance to minimum.

2.   Defendant Harassed the employee, Plaintiff in person or via'other means of communication.

3.   Florida Federal and State and City laws Speclfy that. Employees, Independent Contractors, have right to quiet enjoyment of their workplace, which includes limits on excessive harassment.

4.   The definition of breach is a break, or violation. An example of breach is an agreement that has been broken. violation or infraction, as of a contract, law, legal obligation, or promise

5.   Florida State and Federal Law states that quiet enjoyment is "The right of employees, independent contractors, enjoy his or her workplace without interference. Disruption of quiet enjoyment may constitute legal nuisance.

Black's Law Dictionary (10th ed., 2014) defines "constructive eviction" as "landlord's act of making premises unt for occupancy, often with the result that the

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS OF THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 3

tenant is compelled to leave." The doctrine of constructive eviction arose as remedy for tenants because early common law doctrine provided that the tenant's obligation to pay rent was suspended only for physical dispossession of the premises.[of urban residential and commercial land, where the condition of valuable and extensive structures is critical element of the lease.

6    Plaintiff was evicted by Constructive eviction, thus suffering harm and financial hardship.

FACTUAL ALLEGATIONS REGARDING BREACH OF QUIET ENJOYMENT

a.   On or about November, 2022, Bill Pilger did hire the Plaintiff to work as a salesperson for Coldwell Banker, et al. Defendant(s)

b.   Bill Pilger, manager of the Naples Office did urge and recommend having a drink with a salesperson Marie Loller Smith, another agent in the office who was similar in age of Plaintiff, Plaintiff is 74 years old.

c.   Marie Loller Smith, did urge the Plaintiff to leave the tenancy of St. Matthews House, a homeless shelter to live with her in a naples apartment.

d.   Marie Loller Smith did demand that Plaintiff no longer refer to himself as an alcoholic, and no more AA Meetings, and no mention of these facts to future clients.

e.   Marie Loller Smith did perform an online search of Plaintiff and demanded that Plaintiff leave the residence.

f.   Plaintiff give notice to Marie Loller Smith that any harassment and attempts to defame and damage to reputation, that legal action would ensue.

g.   Marie Loller Smith did personally attack Plaintiff in the office openly with a confrontation surrounding Military Service, and Quote "She came out directly in the conversation, interrupted and stated that the Plaintiff did shoot the commanding officer in the back of the head". When I confronted the woman, and asked why she would do that, she stated that is what you told me.

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 4

h.  The perpetrator of this event, Marie Loller Smith was clearly attempting to extricate the Plaintiff from the workplace by disparagement and open harassment in the workplace.

i.  Plaintiff was recommended to leave the workplace and report to a different office In Ft. Myers, by then manager Bill Pilger.

j.  Plaintiff then reported to the office in Ft. Myers under the office of Doreen _____.

k.  Because Plaintiff is an alcoholic, he then met the office corporate loan Representative  Mike Schwartz of Guaranteed Rate for Anywhere Real Estate, LLC and or the Defendant(s).

l.  Mike Schwartz was also a member of the AA club, Y.A.N.A. in Ft. Myers, Florida.

m.  Mike Schwartz verbally assaulted the Plaintiff on the premises of the YANA club and it carried forward in the workplace, in Ft. Myers and Cape Coral.

n.  The Plaintiff asked that no contact be made by the perpetrator, Mike Schwartz.

o.  Schwartz began a campaign of informing others that Plaintiff lived and resided in a sober home in Ft. Myers and Cape Coral in order to bring about dimishment of competence in Real Estate and to damage reputation.

p.  Schwartz openly violated the by laws of the AA club in Anonymity and disclosure as to bring about harm.

q.  Plaintiff was discharged by article 6 A, of independent contractor agreement that states employer may discharge for any and without reason to terminate the contract.

r.  Plaintiff was further harassed sexually by Tamara Anderson at a Happy Hour event in the evening at Torched Restaurant, where Tamara stated that she had not had sex for 13 years and used a vibrator for enjoyment.  The sexual overtones were clear and evident that she was offering sexual liasons and provided her phone number and began harassing by telephone.

Count II  VIOLATION OF AMERICAN DISABILILTIES ACT

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS OF THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 5

A.  Plaintiff was discharged for being an Alcoholic and talking about it openly.

B.  Plaintiff was discharged because he lived in a SOBER LIVING HOME.

C.  Plaintiff was discharged because he is 74 years old.

D.  Plaintiff was sexually harassed at a workplace environment.

E.  Plaintiff was told to attend a happy hour at a bar, thus violating the rights of Plaintiff's rights and responsibilities to Alcoholics Anonymous and sobriety of 1 year.

F.  Plaintiff's rights were violated by forced attendance outside of work hours at a remote location in a bar where liquor and beer was served.

G.  Plaintiff was harassed by Mike Schwartz, the host of the event, by criticism and belittling about living siutation in a sober home and threatened to tell everyone.

**Hohider V United Parcel Service, Inc.**

United States District Court, W.D. Pennsylvania. July 26, 2007 243 F.R.D. 147 2007 WL 2153236

LITIGATION - Class Actions. Incidental damages approach applied in determining whether class was seeking predominantly money damages instead of injunctive relief.

...  Much of defendant's opposition to class certification in this case is fueled by defendant's position that plaintiffs cannot litigate their ADA claims pursuant to the pattern-or-practice framework, and defendant's argument that plaintiffs will not be able to make out the required individual elements of proof for their ADA retaliation claims and their ADA failure to make a reasonable accommodation claims....

...; (C)  Order Defendant to institute and implement, and individual Defendants to attend and/or otherwise participate in, training programs, policies, practices and programs which provide equal employment opportunities for persons with present, past, or perceived disabilities; (D)  Order Defendant to make Plaintiffs and the Class whole by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, reinstatement to positions consistent with their physical or mental abilities and restrictions having compensation, responsibility, and duties, commensurate with their education, experience, and skills;...

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 6

1

2      Conrad v. Board of Johnson County Com'rs

3      United States District Court, D. Kansas. October 15, 2002 237 F.Supp.2d 1204 2002 WL

4  31478771

5      LABOR AND EMPLOYMENT - Discrimination. Employer had legitimate concern

6  about employee's ability to perform her job.

7          ...To establish prima facie case of retaliatory discharge based on whistleblowing under

8  Kansas law, plaintiff must demonstrate that (1) reasonably prudent person would have concluded that

9  plaintiff's co-worker or employer was engaged in activities in violation of rules, regulations, or law

10  pertaining to public health, safety, and general welfare, (2) plaintiff reported to either management or law

11  enforcement that co-worker or employer was engaged in such activities, (3) employer had knowledge of

12  employee's reporting prior to employee's termination, (4) plaintiff...

13          ...178  To establish a prima facie case, the plaintiff must demonstrate that (1) a

14  reasonably prudent person would have concluded that the plaintiff's co-worker or employer was engaged in

15  activities in violation of rules, regulations, or the law pertaining to public health, safety, and the general

16  welfare;  (2) the plaintiff reported to either management or law enforcement that a co-worker or employer

17  was engaged in such activities;  (3) the employer had knowledge of the employee's reporting prior to the

18  employee's termination;  (4) the plaintiff...

19      Trial Court OrdersView all 384

20

21      U.S. v. Bergland

22      United States District Court, D. North Dakota.June 24, 2013No. 3:12-cr-42-01.

23          ...The defendant shall receive credit for all payments previously made toward any

24  criminal monetary penalties imposed. □ Joint and Several Defendant and Co- Defendant Names and Case

25  Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding

26  payee, if appropriate. □ The defendant shall pay the cost of prosecution. □ The defendant shall pay the

27  following court cost(s): X The defendant shall forfeit the defendant's interest in the following property to

28  the United States: $250,000 in cash...

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS OF THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 7

1         ...13) as directed by the probation officer, the defendant shall notify third parties of risks

2  that may be occasioned by the defendant's criminal record or personal history or characteristics and shall

3  permit the probation officer to make such notifications and to confirm the defendant's compliance with such

4  notification requirement....

5         Statutes & Court RulesView all 2,868

6

7         § 12112.   Discrimination

8         42 USCA § 12112Effective: January 1, 2009United States Code Annotated

9         United States Code Annotated

10         Title 42. The Public Health and Welfare

11         Chapter 126. Equal Opportunity for Individuals with Disabilities

12         Subchapter I. Employment

13         ...Genuine issues of material fact as to whether wearing hearing protection was essential

14  function of train conductor position, either because of federal regulation governing hearing protection or

15  railroad employer's hearing conservation policy, which required conductor to pass hearing acuity test while

16  wearing hearing protection, whether railroad employer engaged in interactive process with hearing-

17  impaired train conductor to determine reasonable accommodation, and whether railroad employer

18  reasonably accommodated train conductor's hearing impairment precluded summary judgment in favor of

19  employer...

20         ...Employer made decision not to hire applicant, who had suffered from cancer, prior to

21  applicant's protected activity, in which he suggested in telephone call with manager that employer's refusal

22  to hire him could implicate ADA, and thus employer's decision could not have been retaliatory in violation

23  of ADA; employer's decision was not tentative or subject to reconsideration, and thus could not be

24  understood as a response to applicant's assertion of his ADA rights....

25         RegulationsView all 3,408

26

27         APPENDIX    TO PART 1630—INTERPRETIVE GUIDANCE ON TITLE I OF THE

28  AMERICANS WITH DISABILITIES ACT

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS OF THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 8

1    29 C.F.R. Pt. 1630, App. Effective: July 18, 2016 Code of Federal Regulations

2    Code of Federal Regulations

3    Title 29. Labor

4    Subtitle B. Regulations Relating to Labor

5    Chapter XIV. Equal Employment Opportunity Commission

6    Part 1630. Regulations to Implement the Equal Employment Provisions of the Americans

7    with Disabilities Act

8    ...the definition of disability must be interpreted broadly to achieve the remedial purposes

9    of the ADA"); 2008 Senate Statement of Managers at 1 (the ADAAA's purpose is to "enhance the

10   protections of the [ADA]" by "expanding the definition, and by rejecting several opinions of the United

11   States Supreme Court that have had the effect of restricting the meaning and application of the definition

12   of...

13   ...As with other civil rights laws, individuals seeking protection under these anti-

14   discrimination provisions of the ADA generally must allege and prove that they are members of the

15   " protected class."...

16   Administrative Decisions & GuidanceView all 9,988

17

18   * * * RIGOBERTO A., COMPLAINANT, v. ANDREW WHEELER,

19   ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, AGENCY.

20   E.E.O.C.September 17, 2019EEOC DOC 0120180363AGCY 2012-0011-R05, APL

21   0120180363, 2014-0048-HQ, 2015-02019 WL 4945044

22   ...Operations * * * RIGOBERTO A., [FN1] COMPLAINANT, v. ANDREW WHEELER,

23   ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, AGENCY. Appeal No. 0120180363

24   Agency Nos. 2012-0011-R05...

25   ...actions amounted to direct evidence of reprisal for Complainant's prior protected EEO

26   activity; 2) whether the Agency would have taken the...

27   Practical LawView all 9,457

28

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 9

Drug and Alcohol Use, Abuse, and Testing in the Workplace

Practice notes Maintained National/Federal

A Practice Note describing the legal issues related to maintaining a workplace free of alcohol and illegal drugs, including marijuana. This Note identifies and describes the circumstances under which private employers may test employees and job applicants for alcohol and illegal drugs. It also explains the extent to which private employers must...

...Federal law gives employers considerable latitude to maintain a workplace free of alcohol and illegal drugs (see also The Significance of State Law). However, the Americans with Disabilities Act ( ADA) ( 42 U.S.C. §§ 12101 to 12113) prohibits employers from discriminating against employees and applicants based on their disability. Because drug and alcohol testing may reveal an employee or applicant's disability, employers...

...Because a test for alcohol is a medical examination, employers may not test applicants for alcohol at this stage of the application process. However, because the ADA expressly declines to "encourage, prohibit, or authorize" drug testing, employers are free to test applicants for illegal drugs before making the applicant a conditional job offer. ( 42 U.S.C. § 12112(d)(4)(A) and 29 C.F.R. §§ 1630.14(c) and 1630.16(c)(1); see EEOC: Enforcement Guidance on Disability-Related Inquiries and Medical Examinations of Employees Under the Americans...

Secondary SourcesView all 10,000

Out of Plan

APPENDIX IV GUIDANCE AND TECHNICAL ASSISTANCE MANUALS

ADA Compliance GuideADAGUIDE App. IV

Under the Americans with Disabilities Act of 1990 (the "ADA"), an employer may ask disability-related questions and require medical examinations of an applicant only after the applicant has been given a conditional job offer. This enforcement guidance explains these ADA provisions. In the past, some employment applications and interviews requested...

...Ind. 2008) ( plaintiff was member of protected class under PDA where her supervisor allegedly discriminated against her because of her stated intention to start a family); Cleese v. Hewlett-

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 10

1   Packard Co., 911 F. Supp. 1312, 1317-18 (D. Or. 1995) ( plaintiff, who claimed defendant discriminated

2   against her because it knew she planned to become pregnant, fell within PDA's protected class)....

3           ...The ADA specifically permits employers to ensure that the workplace is free from the

4   illegal use of drugs and the use of alcohol, and to comply with other Federal laws and regulations regarding

5   alcohol and drug use....

6           FormsView all 4,806

7

8           § 5:17. Obesity discrimination in the workplace—Plaintiff to defendant

9           Pattern Discovery: Employment and Labor LawPDELL § 5:17

10          See Danner & Varn Pattern Discovery: Employment and Labor Law (Revised ed.),

11  Chapter 1 (Written Interrogatories), §§ 1:1 (Overview), 1:2 (Rule 33 verbatim), 1:3 (Advantages of

12  interrogatories), 1:4 (Disadvantages of interrogatories), 1:5 (Procedures and strategy), 1:6 (Drafting

13  interrogatories), 1:7 (Subject matter), 1:8 (Answering...

14          ...See Chapter 2 ( Defendant's General Circumstances and Conditions), §§ 2:31

15  ( Defendant's contact with plaintiff), 2:32 (Union involvement with defendant employer), 2:33 (Agent's

16  involvement with defendant employer), 2:34 (Independent contractor's involvement with defendant

17  employer), 2:35 ( Defendant coworker's involvement with defendant employer...

18          ...See Chapter 2 ( Defendant's General Circumstances and Conditions), §§ 2:1

19  (Identification of defendant employer), 2:2 (Identification of defendant union), 2:3 (Identification of

20  defendant's supervisory personnel), 2:4 (Identification of defendant's agent), 2:5 (Identification of

21  independent contractor), 2:6 (Identification of defendant coworker) and...

22          BriefsView all 10,000

23

24          Brief of Appellant Santiago Lopez

25          Santiago LOPEZ, Plaintiff-Appellant, v. PACIFIC MARITIME ASSOCIATION,

26  Defendant-Appellee.United States Court of Appeals, Ninth Circuit.December 28, 2009

27          ...See also Bragdon v. Abbott, 524 U.S. 624, 633 (1998) (recognizing that "drug addiction

28  and alcoholism " can constitute "disabilities" protected under the ADA), EEOC Technical Assistance

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS OF THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 11

Manual (hereinafter " EEOC Manual"), VIII § 8.5 ( "Persons addicted to drugs, but who are no longer using drugs illegally and are receiving treatment for drug addition or who have been rehabilitated successfully, are protected by the ADA from discrimination on the basis of past addiction"), H.R. Rep. No. 101-485 (II) at 51 (1990) ("drug addiction and alcoholism...

...However, the ADA creates a protective divide between disabled alcoholics and drug addicts who are still engaging in the use of alcohol and/or illegal drugs, and recovering alcoholics and drug addicts, who are not currently using drugs and/or alcohol....

Trial Court DocumentsView all 10,000

Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment

Peggy YOUNG, Plaintiff, v. UNITED PARCEL SERVICE, INC., Defendant.United States District Court, D. Maryland.September 16, 2010

...FN50. King v. Yellow Freight System, Inc., 2000 U.S. Dist. LEXIS 20062 (D. Miss. 2000) (medical records said employee was unable to drive, but factual issue existed regarding the accuracy of essential functions presented to employee's doctor and the right of employer to rely on his records; id. at *14; plaintiff set out prima facie case of ADA discrimination ( id at *10) where he raised genuine issues as to: (1) whether employer regarded him as substantially limited in the ability to drive trucks ( id. at *15-16), (2) whether the employer had inflated the actual essential functions of his position ( id...

...We therefore submit that the Supreme Court would not find that cost savings to the employer would protect an employer from PDA liability where the employer treated more favorably the employee injured on the job than it treated the pregnant employee....

Expert MaterialsView all 3,448

(Report or Affidavit of David Keith Fram, Esq.)

Expert Report and AffidavitEEOC, v. UNITED AIR LINES.United States District Court, W.D. Washington.December 04, 2007

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 12

1    ...3. I train employers that the ADA's reasonable accommodation obligation does not

2    require an employer to modify essential functions of the job or to violate seniority provisions of a collective

3    bargaining agreement....

4    ...It is my understanding that this decision was based on legitimate economic

5    considerations, and I have seen nothing indicating that it was based on any factor related to any individual's

6    inclusion in a protected class....

7    Jury Verdicts & SettlementsView all 2,166

8

9    Silverthorn v. Doll Distributing LLC

10    United States District Court, S.D. Iowa, Central Division. November 19, 2010

11    ...The plaintiff sought declarations that the defendants discriminated against her based on

12    age and disability, interfered with her FMLA leave and wrongfully terminated her in violation of public

13    policy....

14    ...Doll Distributing, Grace and Marchesano allegedly refused to reinstate Silverthorn to

15    her job July 16, 2008, and did not allow her back into the workplace....

16    Proposed & Enacted LegislationView all 575

17

18    2017 CONG US HR 3571

19    115th CONGRESS, 1st SessionJuly 28, 2017H. R. 3571Introduced in House

20    To amend title III of the Americans with Disabilities Act of 1990 to require a plaintiff to

21    provide a defendant with an opportunity to correct a violation of such title voluntarily before the plaintiff

22    may commence a civil action, and for other purposes. Ms. Castor of Florida introduced the following bill;

23    which was referred to the Committee on the Judiciary To amend title III of the Americans with Disabilities

24    Act of 1990 to require a plaintiff to provide a defendant with an opportunity to correct a violation of such

25    title voluntarily before the plaintiff may commence a civil action, and for...

26    ...To amend title III of the Americans with Disabilities Act of 1990 to require a plaintiff to

27    provide a defendant with an opportunity to correct a violation of such title voluntarily before the plaintiff

28    may commence a civil action, and for other purposes....

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 13

1    ...To amend title III of the Americans with Disabilities Act of 1990 to require a plaintiff to

2    provide a defendant with an opportunity to correct a violation of such title voluntarily before the plaintiff

3    may commence a civil action, and for other purposes....

4    Proposed & Adopted RegulationsView all 9,902

5

6    85 FR 30026-01

7    DEPARTMENT OF EDUCATIONTuesday, May 19, 2020RULES and

8    REGULATIONSNondiscrimination on the Basis of Sex in Education Programs or Activities Receiving

9    Federal Financial Assistance2020 WL 2525707

10    The Secretary of Education amends the regulations implementing Title IX of the

11    Education Amendments of 1972 (Title IX). The final regulations specify how recipients of Federal financial

12    assistance covered by Title IX, including elementary and secondary schools as well as postsecondary

13    institutions, (hereinafter collectively referred to as "recipients" or "schools"), must respond to allegations of

14    sexual harassment consistent with Title IX's prohibition against sex discrimination. These regulations are

15    intended to effectuate Title IX's prohibition against sex discrimination by requiring...

16    ...FN877 200 F. App'x 46, 48 (2d Cir. 2006); Lapka v. Chertoff, 517 F.3d 974, 982-83 (7th

17    Cir. 2008) (the Seventh Circuit reasoned that the plaintiff sufficiently alleged workplace harassment even

18    though the alleged rape occurred while the plaintiff and assailant were socializing after hours in a private

19    hotel room, because the bar was part of the training facility where the plaintiff and assailant were required

20    to attend work-related training sessions and thus were on "official duty" while at that facility, including the

21    bar located in the facility, "so the event could be said to have grown out of the workplace...

22    ...FN592 See, e.g., Jayne S. Ressler, #WorstPlaintiffEver: Popular Public Shaming and

23    Pseudonymous Plaintiffs, 84 Tenn. L. Rev. 779, 828 (2017) (arguing that Federal and State courts should

24    adopt broader rules allowing plaintiffs to file civil lawsuits anonymously or pseudonymously, and

25    emphasizing that this anonymity relates to whether a plaintiff is named in court records that may be viewed

26    by the public, but does not affect the defendant's knowledge of the identity of the plaintiff) ( "The plaintiff's

27    anonymity would extend only to court filings and any other documents that would be released to the

28    public....

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 14

8.  Plaintiff , is an alcoholic and suffers from hearing disability, and is protected by the
    Amendments in the ADA Compliance.

Miller v. Washington Workplace, Inc.

United States District Court, E.D. Virginia, Alexandria Division. January 08, 2004 298

F.Supp.2d 364 2004 WL 60698

LABOR AND EMPLOYMENT - Discrimination. Employee's request for sexual

harassment policy was protected activity under Title VII.

...Consideration of whether work place harassment was sufficiently severe or pervasive to

be actionable as hostile work environment harassment under Title VII requires a court to

look at all the circumstances to determine whether a work environment is hostile or

abusive.   Civil Rights Act of 1964, §  703(a)(1), 42 U.S.C.A. §  2000e–2(a)(1); 29 C.F.R.

§  1604.11(a)(3)....

...  Accordingly, the Court will deny the Defendants motion as to Miller's wrongful

termination claim under the Virginia Wage and Payment law and grant it under the

Virginia's Computer Harassment Statute....Stevens v. PSAV Audio Visual Services Group

United States District Court, D. Arizona. June 01, 2020 Slip Copy 2020 WL 13480790

Before the Court for consideration is Defendant's Motion for Summary Judgment. Upon

review of the motion, Plaintiff's opposition thereto, the supporting evidence submitted

and the applicable law, the Court finds that the first through fourth causes of action

brought under the Fair Employment and Housing Act of California are time-barred based

on...

...Plaintiff Gweneth Stevens filed the original complaint in the Superior Court for the

State of California for the County of Los Angeles – Central District on November 19,

2018, alleging four causes of action for discrimination, harassment, failure to investigate

and wrongful termination in violation of the Fair Employment and Housing Act of

California ("FEHA"), and a fifth cause of action for wrongful termination as follows:...

...Defendant argues that a reasonable jury could not conclude that Plaintiff found the

alleged harassment subjectively offensive because Plaintiff never followed PSAV's

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 15

reporting procedure for harassment or otherwise notified human resources of any alleged

harassment; she never told others at PSAV that she felt she was being discriminated or

harassed because of her sex; and she never disciplined any of the crew members for the

alleged harassment after she became their supervisor....

Trial Court Orders View all 3


U.S. v. Nord

United States District Court, D. North Dakota. March 25, 2013 No. 3:12-CR-42-09.

...4. The defendant shall submit their person, residence, workplace, vehicle, computer,

and/or possessions to a search conducted by a United States Probation Officer based upon

evidence of a violation of a condition of supervision....

Statutes & Court Rules View all 1,066


§ 2000e.   Definitions

42 USCA § 2000e United States Code Annotated

United States Code Annotated

Title 42. The Public Health and Welfare

Chapter 21. Civil Rights

Subchapter VI. Equal Employment Opportunities

...(iii)   include a comprehensive framework to address workplace harassment, including

sexual harassment, which clearly defines the term " harassment "; outlines policies and

practices to prevent, report, respond to, and investigate harassment; promotes

mechanisms for employees to report misconduct; encourages bystander intervention;

and addresses training, education, and monitoring to create a culture that does not tolerate

harassment or other forms of discrimination or retaliation; and...

...Alleged harasser was not female employee's " supervisor " at time of alleged sexual

harassment, and thus, employee was required to establish that school board employer

knew or should have known of the harassment, in order for employee to prevail in Title

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS OF THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 16

VII sexual harassment claim against school board, notwithstanding that alleged harasser

had been employee's supervisor during an earlier time period, absent showing that alleged

harasser had the ability to take tangible employment actions against employee....

Regulations View all 1,388


§ 274a.2    Verification of identity and employment authorization.

8 C.F.R. § 274a.2 Effective: June 18, 2020 Code of Federal Regulations

Code of Federal Regulations

Title 8. Aliens and Nationality

Chapter I. Department of Homeland Security

Subchapter B. Immigration Regulations

Part 274A. Control of Employment of Aliens

Subpart A. Employer Requirements

...(5)  An individual is reinstated after disciplinary suspension for wrongful termination,

found unjustified by any court, arbitrator, or administrative body, or otherwise resolved

through reinstatement or settlement;...

...Injured undocumented workers and their workplace rights: Advocating for a retaliation

per se rule. Roxana Mondragón, 44 Colum. J.L. & Soc. Probs. 447 (2011)....

Administrative Decisions & Guidance View all 9,985

Out of Plan

RIVERA VINEYARDS SETTLES EEOC SUIT ALLEGING SEXUAL HARASSMENT,

RETALIATION, JOB SEGREGATION

E.E.O.C. June 15, 2005 2005 WL 1416098

...E.E.O.C.) (NEWS RELEASE) RIVERA VINEYARDS SETTLES EEOC SUIT

ALLEGING SEXUAL HARASSMENT, RETALIATION, JOB SEGREGATION June

15, 2005 Landmark Million Dollar Settlement...

...group of employees, mostly Hispanic women, who were allegedly sexually harassed,

retaliated against for complaining, and segregated into certain jobs based...

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 17

1    Practical LawView all 3,824 Harassment

2    Practice notes Maintained National/Federal

3    A Practice Note discussing workplace harassment, including sexual harassment and

4    harassment based on other protected classes. This Note discusses laws prohibiting

5    harassment, quid pro quo harassment, hostile work environment, employer vicarious

6    liability for harassment, defenses to harassment claims, and best practices to avoid

7    harassment claims....

8    ...A Practice Note discussing workplace harassment, including sexual harassment and

9    harassment based on other protected classes. This Note discusses laws prohibiting

10    harassment, quid pro quo harassment, hostile work environment, employer vicarious

11    liability for harassment, defenses to harassment claims, and best practices to avoid

12    harassment claims. This Note addresses federal law....

13    ...Hostile work environment (HWE) harassment applies to all forms of unlawful

14    harassment, not just sexual harassment. This means that harassment based on any

15    protected class referenced above (see Laws Prohibiting Harassment) can be HWE

16    harassment. HWE harassment is more widely alleged than quid pro quo harassment and

17    is more subjective. It does not require tangible job consequences or financial injury....

18

19    Secondary SourcesView all 10,000

20

21    THE "SEINFELD" CASE TEMPTS LITIGATION, BUT EMPLOYERS REMAIN

22    "MASTERS OF THEIR DOMAIN"

23    Labor LawyerFall, 199915 Lab. Law. 265

24    The intersection of sexual harassment claims and wrongful termination claims is creating

25    a quagmire for employers. Of late, sexual harassment is a hot topic and sexual harassment

26    cases are on the rise. Last term, the Supreme Court addressed the parameters of sexual

27    harassment in an unprecedented number of cases. In addition, the Paula Jones lawsuit...

28

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

...Often, however, employers attempting to free the workplace from harassment by terminating employees alleged to be harassers are faced with wrongful termination lawsuits by the terminated employees....

...On the other hand, due to the fact that the number and breadth of exceptions to the at-will doctrine have increased, and wrongful termination claims are multiplying, if the company believes that the accused employee is creating a hostile environment, and chooses to take action against the alleged harasser, it is likely to face a wrongful termination claim by the alleged harasser....

FormsView all 1,840

§ 73:2. Tort claims available to at-will employee

Employment Law Checklists and FormsEMPL-CF § 73:2

Determine whether workers' compensation law preempts. Workers' compensation laws typically apply to physical injury and related emotional trauma but not to injuries of a predominantly emotional nature. Krueger Intern., Inc. v. Royal Indem. Co., 481 F.3d 993 (7th Cir. 2007); Reiber v. Mathew, 271 F. Supp. 3d 968, 2017 I.E.R. Cas. (BNA) 338489 (N.D....

...Ohio recognized tort of wrongful termination in violation of public policy....

...To prevail on a wrongful termination claim, employee must prove: (1) that the employee was discharged; and (2) that the employer breached a contract or committed a tort in connection with the termination....

Petition for Writ of Certiorari

Stingley v. Den Mar Inc.Supreme Court of the United States.January 05, 2010

...It is unconscionable that any citizen would be further victimized by our nations judicial system after having suffered the abuse, degradation, and stress of sexual harassment in the workplace, and in Petitioner's case, the devastating loss of income associated with wrongful termination....

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 19

1      ...Stingley's claims, as reflected in her complaint are sexual harassment, hostile work

2      environment, and wrongful termination....

3      Trial Court DocumentsView all 10,000

4

5      Motion for Summary Judgment

6      Amanda MORALES, Plantiff, v. SMI FACILITY SERVICES, Defendants.United States

7      District Court, D. New Mexico.January 11, 2022

8      ...SMI Facility Services has violated several employment laws, from equal pay,

9      discrimination based on national origin, workplace safety practices, retaliation, sexual

10     harassment and wrongfully terminating me when they knew about the sexual harassment

11     and didn't do anything about it....

12     ...Harassment by a supervisor: If the harassment results in a tangible employment action

13     (such as firing, demotion, or unfavorable changes in assignment), the employer is

14     liable....

15     Expert MaterialsView all 3,029

16     Rhoma D. Young

17     Expert ResumeUnited States District Court, E.D. California.August 07, 2014

18     ...Issues were quality of investigation and response to emplyee complaint, efforts to

19     prevent harassment, sexual harassment and wrongful termination....

20     ...Issues are sexual harassment, wrongful termination, discrimination, retaliation,

21     compensation, promotion and prevention....

22     Jury Verdicts & SettlementsView all 1,889

23

24     KING v. CONSOLIDATED FREIGHTWAYS CORP. OF DELAWARE

25     United States District Court, W.D. Arkansas. May 01, 1991

26     ...The defendant contended that sexual harassment stems from the personal motivations

27     of the perpetrator and is not related to the workplace....

28

1  ...A female billing clerk suffered emotional distress when she allegedly was sexually

2  harassed at her place of employment....

3  Proposed & Enacted LegislationView all 389

4

5  2021 CONG US HR 8618

6  117th CONGRESS, 2nd SessionJuly 29, 2022H. R. 8618Introduced in House

7  To require annual reporting by employers to the Equal Employment Opportunity

8  Commission of the number of settlements of employee claims of discrimination based on

9  race, color, national origin, religion, sex (including pregnancy, sexual orientation, or

10  gender identity), age (40 or older), disability, genetic information (including family

11  medical history), or any combination of such factors, and for other purposes. Mrs.

12  Carolyn B. Maloney of New York (for herself, Mr. Carson, Mr. Garcia of Illinois, Mr.

13  Gomez, Mr. Grijalva, Mrs. Hayes, Mr. Jones, Mr. Lynch, Ms. Moore of Wisconsin, Mr.

14  Nadler,...

15  ...(4) According to the Commission's Select Task Force in 2016, on the Study of

16  Harassment in the Workplace, the prevalence of workplace harassment, and in particular

17  sexual harassment-...

18  ...(5) Prevalence of harassment in the workplace causes substantial financial harm to

19  victims, as they often try to avoid the harassing behavior by taking leave without pay or

20  leaving the workplace entirely, resulting in a loss of wages....

21  Proposed & Adopted RegulationsView all 4,556

22

23  80 FR 30574-01

24  Office of the SecretaryThursday, May 28, 2015NOTICESGuidance for Executive Order

25  13673, "Fair Pay and Safe Workplaces"2015 WL 3398550

26  The Department of Labor is proposing guidance to assist federal agencies in the

27  implementation of Executive Order 13673, Fair Pay and Safe Workplaces (the Order).

28  The Order was signed by President Barack Obama on July 31, 2014, and it contains

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 21

several new requirements designed to improve the federal contracting process. The Order
seeks to increase efficiency and cost savings in the work performed by parties that
contract with the Federal Government by ensuring that the parties are responsible and
comply with labor laws. The Order requires federal contractors to report whether there
has been...

...Poor workplace conditions lead to lower productivity and creativity, increased
workplace disruptions, and increased workforce turnover....

...After a federal district court trial finding the contractor liable for sexual harassment, the
factfinder assessed punitive damages after finding that the contractor engaged in a
discriminatory practice with malice or reckless indifference to the federally protected
rights of an aggrieved individual because the employer's anti- harassment policy was
ineffective and a manager, after receiving a complaint of sexual harassment, failed to
report it or investigate it....

**COUNT IV**

**MALFEASANCE**

United States District Court, E.D. Arkansas, Western Division. November 19, 2007 Not
Reported in F.Supp.2d 2007 WL 4150206

The parties have filed cross motions for summary judgment under Fed R. Civ. P. 56. The
parties agree on the material facts but disagree on the legal significance of those facts.
Because Plaintiff has proven as a matter of law the IRS's actions were improper and
incorrect, the Court GRANTS his motion for summary judgment and DENIES the
United...

...In essence, the IRS extended lenity to some employers but punished Jewell's employer
clients even though they had submitted a basic and nearly complete plan....

...Jewell calculated the end of the plan year, which is also the fiscal year end, for each
employer and most employers adopted an amended JMFH plan within two and a half
months of the plan-year end (docs. # 33, # 37)....

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 22

1    Dailey v. City of Philadelphia

2    United States District Court, E.D. Pennsylvania. October 02, 2019 417 F.Supp.3d 597

3    2019 WL 4889848

4    LABOR AND EMPLOYMENT — Benefit Plans. Provision of city's retirement code that

5    disqualified public employees from pensions due to malfeasance was not

6    unconstitutionally vague on its face.

7    ...She argues because subsection (.5) only applies to " malfeasance in office or

8    employment" and Pennsylvania abolished the common law crime of " malfeasance in

9    office," it is unreasonable to interpret " malfeasance in office in a manner that would

10    expand the substantive scope of the ' malfeasance in office or employment' provision" in

11    subsection (.5)....

12    ...Provision of city's retirement code that disqualified public employees from their

13    pensions due to malfeasance in office or employment was not unconstitutionally vague as

14    applied to employee who abused court system's credit card to pay over $73,000 of her

15    son's debts, and thus employee's Due Process rights were not violated, since person of

16    common intelligence would not have to guess whether $73,000 theft from public

17    employer constituted " malfeasance " within retirement code.    U.S. Const. Amend. 14....

18    Trial Court OrdersView all 648

19

20    In re The Brown Pub. Co.

21    United States Bankruptcy Court, E.D. New York.July 06, 2010No. 10-73295 (DTE).

22    ...ORDERED that Mitchell shall be compensated for services rendered to the Debtors,

23    including fees and expenses incurred, pursuant to the filing and allowance of appropriate

24    applications for allowance of interim and final compensation in accordance with the

25    procedures set forth in 11 U.S.C. §§ 328(a), 330 and 331, the Bankruptcy Rules, the

26    Local Rules and any other Order entered by this Court establishing procedures for the

27    interim compensation and reimbursement of expenses of professionals retained herein;

28    provided, however, that notwithstanding anything in this Order or 11 U.S.C. § 328(a) to

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS OF THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 23

1    the contrary, in connection with any fee application submitted by Mr. Mitchell, entry of

2    this Order shall not foreclose the Court from hearing evidence of misfeasance or

3    malfeasance...

4    Statutes & Court Rules View all 2,225

5

6    Rule 19.   Required Joinder of Parties

7    FRCP Rule 19 United States Code Annotated

8    United States Code Annotated

9    Federal Rules of Civil Procedure for the United States District Courts

10    Title IV. Parties

11    ...Third-party defendant was an indispensable party and action could not proceed without

12    it, so that action should be dismissed for nonjoinder when third-party defendant could not

13    be made a defendant for lack of diversity, where Iowa Comparative Fault Act governed

14    determination of liability;  under that Act jury could only assess percentages of fault to

15    parties in the action, so that if third-party defendant were not a party, defendant could be

16    allocated fault for which it was not responsible;  if third-party defendant...

17    ...In action for a judgment declaring the parties' rights under insurance policies issued by

18    plaintiff and defendant insurers, in which action it was alleged that one of the individual

19    defendants had made demand on both insurers to defend state court damages actions

20    brought against him by certain other defendants, diversity jurisdiction--which was

21    precluded by fact that the interests of defendant insurer, which was a citizen of the same

22    state as certain of the individual defendants...

23    Regulations View all 2,319

24

25    § 790.16   "In reliance on."

26    29 C.F.R. § 790.16 Code of Federal Regulations

27    Code of Federal Regulations

28    Title 29. Labor

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 24

1  Subtitle B. Regulations Relating to Labor

2  Chapter V. Wage and Hour Division, Department of Labor

3  Subchapter B. Statements of General Policy or Interpretation Not Directly Related to

4  Regulations

5  Part 790. General Statement as to the Effect of the Portal–To–Portal Act of 1947 on the

6  Fair Labor Standards Act of 1938

7  Defense of Good Faith Reliance on Administrative Regulations, Etc.

8  ... After an employee suit has been brought against him, another employer calls his

9  attention to a letter that had been written by the Administrator of the Wage and Hour

10  Division, in which the opinion was expressed that employees of the type employed by the

11  defendant were exempt from the overtime provisions of the Fair Labor Standards Act....

12  ...(b)  Assume, for example, that an employer failed to pay his employees in accordance

13  with the overtime provisions of the Fair Labor Standards Act....

14  Administrative Decisions & GuidanceView all 9,840

15

16  Appeal of Thomas H. Miner and Associates

17  A.S.B.C.A.September 30, 197777-2 BCA P 12794AID/NESA-92ASBCA No. 19002

18  ...according to accepted professional standards as adjudged by the CONTRACT

19  EMPLOYER based upon a comprehensive report from the Field as prepared...

20  ...Mr. Garlock ( id. , p. 32 Article III–D 'The CONTRACT EMPLOYER shall have the

21  right to terminate this agreement upon thirty (30) days notice in the event of misfeasance

22  or malfeasance by the SENIOR BUSINESS ADVISOR in carrying out his duties...

23  Practical LawView all 7,114

24

25  Employer-Side Strategies for Negotiating a Severance or Settlement Agreement: Single

26  Plaintiff Employment Dispute

27  Practice notes Maintained National/Federal

28

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 25

1    A Practice Note describing strategies for negotiating a severance or settlement agreement
2    in a single plaintiff employment dispute from the employer's perspective. This Note
3    focuses on the employer's business considerations, the reasons for settlement, key
4    employer agreement terms, strategies for responding to common employee demands, and
5    other...
6    ...The employer's approach to the first draft of the agreement varies depending on the
7    circumstances of the employee's departure. For example, where the employee's departure
8    is less contentious, or the employer wants to short-cut the negotiation process, the
9    employer may use the initial draft to communicate fairness. The employer can do this by
10   drafting mutual, middle-of-the-road terms, especially about those issues less important to
11   the employer....
12   ...If the agreement does include a non-disparagement clause, employees and their counsel
13   usually ask for the clauses to be mutual so the employer cannot disparage the employee.
14   Employers should not include language agreeing that "the Company" will not engage in
15   disparaging conduct because an employer, especially a large, multi-jurisdictional one,
16   cannot possibly control the actions of all its employees or agents. At most, the employer
17   may agree to some or all of the following provisions:...
18
19   Secondary SourcesView all 10,000
20   Out of Plan
21   ¶ 193,582 SONIA M. GRAHAM PLAINTIFF, V. CITY OF HOPKINSVILLE,
22   KENTUCKY, ET AL. DEFENDANTS.
23   Labor & Employment LawLabor & Empl. L. P 193582
24   SONIA M. GRAHAM PLAINTIFF, v. CITY OF HOPKINSVILLE, KENTUCKY, et al.
25   DEFENDANTS. CIVIL ACTION NO. 5:12—CV—23U.S. District Court, W.D.
26   KentuckySeptember 28, 2012. MEMORANDUM OPINION AND ORDER Thomas B.
27   Russell, Senior District Judge This matter is before the Court upon a Motion to Dismiss
28   (DN 16) by Defendants Christian County, Kentucky (Christian...

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

...Defendants point to the general rule under federal jurisprudence that a private right of action is not maintainable under a criminal statute....

...Although K.R.S. § 446.070 makes civil remedies available to plaintiffs, these remedies are not available merely because a defendant has violated a criminal statute....

FormsView all 4,328

§ 98:2. Summary of act

Employment Law Checklists and FormsEMPL-CF § 98:2

The statute, 29 U.S.C.A. §§ 2001 et seq., applies to most private employers and prohibits the use of any polygraph tests for applicants or employees for any purpose (governmental employers are exempted and private employers engaged in security services and drug manufacturing are also exempt in limited circumstances). 29 U.S.C.A. § 2006; Schiro v....

...Plaintiff alleged two causes of action against the defendant: (1) defendant discharged plaintiff based on the results of polygraph examinations in violation of the EPPA and (2) defendant used, accepted, or referred to results of the plaintiff's polygraph examinations in violations of EPPA, 29 U.S.C. § 2002(2)....

...Under § 2002(2) no proof is required of an adverse action before the plaintiff can assert a violation....

BriefsView all 10,000

Brief Of Defendants, Montgomery County, Sean Petty, James R. Matthews, Joseph Hoeffel, and Bruce L. Castor, Jr.

Shaun BROWN, Plaintiff/Appellant, v. MONTGOMERY COUNTY; Sean Petty, Individually And In His Official Capacity As Supervisory For Emergency Services Of Montgomery County; James R. Matthews; Joseph Hoeffel; Bruce L. Castor, Jr., In Their Official Capacities Only As Commissioners Of Montgomery County, Defendants/ Appellees.United States Court of Appeals, Third Circuit.September 13, 2011

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 27

1   ...The plaintiff made unsupported assertions that the defendants accused him, inter alia,

2   criminal activity, but the defendants simply described the plaintiff's actions, gave

3   opinions that the actions were "stupid" and explained that they violated the county code

4   and county code of ethics....

5   ...Furthermore, there is nothing substantially and materially false about describing the

6   plaintiff's actions as being " malfeasance."...

7   Trial Court Documents View all 10,000

8

9   Plaintiffs' Brief in Opposition to Cesa 8'S and Bob Kellogg's Motion for Summary

10  Judgment

11  Nicole R. BOWMAN-FARRELL, Pamela W. Kuck, and Marcia Wittrock, Plaintiffs, v.

12  COOPERATIVE EDUCATIONAL SERVICE AGENCY 8, a/k/a Cesa 8, a Wisconsin

13  governmental subdivision, Robert Kellogg, and Margaret ""Peggy" Jones,

14  Defendants. United States District Court, E.D. Wisconsin, Green Bay Division. January

15  24, 2007

16  ..."The plaintiff's evidence on the prima facie case need not be overwhelming or even

17  destined to prevail; rather, the plaintiff need present only 'some evidence from which one

18  can infer that the employer took adverse action against the plaintiff on the basis of a

19  statutorily proscribed criterion.'...

20  ...A plaintiff can raise a genuine issue of material fact about an employer's credibility by

21  presenting evidence that the employer's explanation was contrary to the facts, insufficient

22  to justify the action or not truly the employer's motivation....

23  Expert Materials View all 1,862

24

25  The Deposition of Fred Thompson

26  Partial Expert Testimony Jacqui STARR, an individual, Plaintiff, v. PEARLE VISION,

27  INC., d/b/a Pearle Vision Express, a Corporation, Defendant. United States District Court,

28  N.D. Oklahoma. January 28, 1993

PETITION FOR CLASS ACTION CERTIFICATION BREACH OF COVENANT OF QUIET
ENJOYMENT FRAUD MALFEASANCE VIOLATIONS 0F THE ADA COMPLIANCE TITLE I WRONGFUL
TERMINATION HARASSMENT IN THE WORKPLACE CIVIL RIGHTS VIOLATION – EMPLOYMENT
AGE PETITION FOR WRIT OF MANDATE ORDER 0F CLASS ACTION APPROVAL - 28

1    ...A    I have looked at the depositions of Jacqui Sta and I have looked at the Defendant's

2    Answers To Plaintiff's Modified Second Interrogatories, Defendant's Response To

3    Plaintiff's First Request For Admissions From Defendant; let's see what facts we have

4    here; Plaintiff's Response To Defendant's First Interrogatories....

5    ...Q    Were you provided a copy of Miss Starr's deposition, the Defendant's Answers To

6    Plaintiff's Modified Second Interrogatories, Defendant's Response To Plaintiff's First

7    Request For Admissions and Plaintiff's Response To Defendant's First Interrogatories,

8    were you provided all those documents by Mr. Bright?...

9    Jury Verdicts & SettlementsView all 2,594

10

11    BFS Retail & Comm. Operations v. Harrelson

12    United States District Court, S.D. Georgia, Waycross Division. December 01, 2008

13    ...Harrelson claimed the employer's actions entitled him to punitive damages, attorney

14    fees and litigation expenses....

15    ...It claimed the defendant converted store property for his own use and the use of others,

16    defrauded the company by making false statements in financial and inventory records in

17    order to cover-up his conduct and committed misfeasance and/or malfeasance in the

18    management of company property entrusted to him....

19    Proposed & Enacted LegislationView all 537

20

21    2011 CONG US HR 2501

22    112th CONGRESS, 1st SessionJuly 12, 2011H. R. 2501Introduced in House

23    To prohibit discrimination in employment on the basis of an individual's status or history

24    of unemployment. Ms. DeLauro (for herself, Mr. Johnson of Georgia, Mr. Davis of

25    Illinois, Mr. Cummings, Mr. Thompson of Mississippi, Ms. Schakowsky, Mr. Filner, Mrs.

26    Maloney, Mr. Rangel, Mr. George Miller of California, Mr. McDermott, Mr. Grijalva, Mr.

27    Fattah, Mr. Towns, Mr. Frank of Massachusetts, Mr. Jackson of Illinois, Ms. Hirono, Ms.

28    Norton, Ms. Moore, Ms. Fudge, Ms. Wilson of Florida, Ms. Woolsey, Mrs. Christensen,

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS OF THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 29

1   Mr. Farr, Mr. Moran, Mr. Lewis of Georgia, Ms. Pingree of Maine, Ms. Richardson,

2   and...

3   ...The court in such an action shall, in addition to any judgment awarded to the plaintiff,

4   allow a reasonable attorney's fee, reasonable expert witness fees, and other costs of the

5   action to be paid by the defendant....

6   ...In the case of such action brought for a willful violation of section 4, such action may

7   be brought within 3 years of the date of the last event constituting the alleged violation

8   for which such action is brought, provided that the limitations for filing an action by an

9   individual shall be tolled during the period that the Secretary is considering a complaint

10  pursuant to subsection (b)(1)....

11  Proposed & Adopted Regulations View all 10,000

12

13  65 FR 79920-01

14  Employment Standards Administration Wednesday, December 20, 2000 RULES and

15  REGULATIONS Regulations Implementing the Federal Coal Mine Health and Safety Act

16  of 1969, as Amended 2000 WL 1852809

17  On January 22, 1997, the Department issued a proposed rule to amend the regulations

18  implementing the Black Lung Benefits Act. 62 FR 3338-3435 (Jan. 22, 1997). When the

19  comment period closed on August 21, 1997, the Department had received written

20  submissions from almost 200 interested persons, including coal miners, coal mine

21  operators, insurers, physicians, and attorneys. The Department also held hearings in

22  Charleston, West Virginia, and Washington, D.C. at which over 50 people testified. The

23  Department carefully reviewed the testimony and the comments and, on October 8, 1999,

24  issued a second...

25  ...(g) If a coal mine construction or transportation employer fails to comply with an order

26  issued under paragraph (c), and such employer is a corporation, the provisions of §

27  725.609 shall be applicable to the president, secretary, and treasurer of such employer....

28

PETITION FOR CLASS ACTION CERTIFICATION BREACH OF COVENANT OF QUIET
ENJOYMENT FRAUD MALFEASANCE VIOLATIONS 0F THE ADA COMPLIANCE TITLE I WRONGFUL
TERMINATION HARASSMENT IN THE WORKPLACE CIVIL RIGHTS VIOLATION – EMPLOYMENT
AGE PETITION FOR WRIT OF MANDATE ORDER 0F CLASS ACTION APPROVAL - 30

...(f) One comment argues that by creating adversity among the miner's former employers, the Department's revised regulations will create ethical problems for the limited pool of attorneys who currently represent employers in black lung benefits cases, and will therefore deprive employers of their right to the counsel of their choice....

Collapse Filters

1. United States District Court, E.D. Arkansas, Western Division. November 19, 2007 Not Reported in F.Supp.2d 2007 WL 4150206

The parties have filed cross motions for summary judgment under Fed R. Civ. P. 56. The parties agree on the material facts but disagree on the legal significance of those facts. Because **Plaintiff** has proven as a matter of law the IRS's **actions** were improper and incorrect, the Court GRANTS his motion for summary judgment and DENIES the United...

...In essence, the IRS extended lenity to some **employers** but punished Jewell's **employer** clients even though they had submitted a basic and nearly complete plan....

...Jewell calculated the end of the plan year, which is also the fiscal year end, for each **employer** and most **employers** adopted an amended JMFH plan within two and a half months of the plan-year end (docs. # 33, # 37)....

☑          COUNT III  FRAUD

## Dailey v. City of Philadelphia

United States District Court, E.D. Pennsylvania. October 02, 2019 417 F.Supp.3d 597 2019 WL 4889848

LABOR AND EMPLOYMENT — Benefit Plans. Provision of city's retirement code that disqualified public employees from pensions due to **malfeasance** was not unconstitutionally vague on its face.

...She argues because subsection (.5) only applies to " **malfeasance** in office or employment" and Pennsylvania abolished the common law crime of " **malfeasance** in office," it is unreasonable to interpret " **malfeasance** in office in a manner that would expand the substantive scope of the ' **malfeasance** in office or employment' provision" in subsection (.5)....

...Provision of city's retirement code that disqualified public employees from their pensions due to **malfeasance** in office or employment was not unconstitutionally vague as applied to employee who abused court system's credit card to pay over $73,000 of her son's debts, and thus employee's Due Process rights were not violated, since person of common intelligence would not have to guess whether $73,000 theft from public **employer** constituted " **malfeasance** " within retirement code.   U.S. Const. Amend. 14....

## Trial Court Orders View all 648

1.   ⌐

## In re The Brown Pub. Co.

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 31

United States Bankruptcy Court, E.D. New York.July 06, 2010No. 10-73295 (DTE).

...ORDERED that Mitchell shall be compensated for services rendered to the Debtors, including fees and expenses incurred, pursuant to the filing and allowance of appropriate applications for allowance of interim and final compensation in accordance with the procedures set forth in 11 U.S.C. §§ 328(a), 330 and 331, the Bankruptcy Rules, the Local Rules and any other Order entered by this Court establishing procedures for the interim compensation and reimbursement of expenses of professionals retained herein; provided, however, that notwithstanding anything in this Order or 11 U.S.C. § 328(a) to the contrary, in connection with any fee application submitted by Mr. Mitchell, entry of this Order shall not foreclose the Court from hearing evidence of misfeasance or malfeasance...

## Statutes & Court Rules View all 2,225

1.

## Rule 19.   Required Joinder of Parties
FRCP Rule 19United States Code Annotated

- o   United States Code Annotated
- o   Federal Rules of Civil Procedure for the United States District Courts
- o   Title IV. Parties

...Third-party defendant was an indispensable party and action could not proceed without it, so that action should be dismissed for nonjoinder when third-party defendant could not be made a defendant for lack of diversity, where Iowa Comparative Fault Act governed determination of liability; under that Act jury could only assess percentages of fault to parties in the action, so that if third-party defendant were not a party, defendant could be allocated fault for which it was not responsible; if third-party defendant...

...In action for a judgment declaring the parties' rights under insurance policies issued by plaintiff and defendant insurers, in which action it was alleged that one of the individual defendants had made demand on both insurers to defend state court damages actions brought against him by certain other defendants, diversity jurisdiction--which was precluded by fact that the interests of defendant insurer, which was a citizen of the same state as certain of the individual defendants...

## Regulations View all 2,319

1.

## § 790.16   "In reliance on."
29 C.F.R. §  790.16 Code of Federal Regulations

- o   Code of Federal Regulations
- o   Title 29. Labor
- o   Subtitle B. Regulations Relating to Labor
- o   Chapter V. Wage and Hour Division, Department of Labor
- o   Subchapter B. Statements of General Policy or Interpretation Not Directly Related to Regulations

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 32

    ○ Part 790. General Statement as to the Effect of the Portal–To–Portal Act of 1947 on the Fair Labor Standards Act of 1938

    ○ Defense of Good Faith Reliance on Administrative Regulations, Etc.

... After an employee suit has been brought against him, another **employer** calls his attention to a letter that had been written by the Administrator of the Wage and Hour Division, in which the opinion was expressed that employees of the type employed by the **defendant** were exempt from the overtime provisions of the Fair Labor Standards Act....

...(b)  Assume, for example, that an **employer** failed to pay his employees in accordance with the overtime provisions of the Fair Labor Standards Act....

## Administrative Decisions & Guidance<sub>View all 9,840</sub>

1. ☐

## Appeal of Thomas H. Miner and Associates
A.S.B.C.A.September 30, 197777-2 BCA P 12794AID/NESA-92ASBCA No. 19002

...according to accepted professional standards as adjudged by the CONTRACT **EMPLOYER** based upon a comprehensive report from the Field as prepared...

...Mr. Garlock ( id. , p. 32 Article III–D 'The CONTRACT **EMPLOYER** shall have the right to terminate this agreement upon thirty (30) days notice in the event of misfeasance or **malfeasance** by the SENIOR BUSINESS ADVISOR in carrying out his duties...

## Practical Law<sub>View all 7,114</sub>

1. ☐

## Employer-Side Strategies for Negotiating a Severance or Settlement Agreement: Single Plaintiff Employment Dispute
Practice notes Maintained National/Federal

A Practice Note describing strategies for negotiating a severance or settlement agreement in a single plaintiff employment dispute from the employer's perspective. This Note focuses on the employer's business considerations, the reasons for settlement, key employer agreement terms, strategies for responding to common employee demands, and other...

...The **employer's** approach to the first draft of the agreement varies depending on the circumstances of the employee's departure. For example, where the employee's departure is less contentious, or the **employer** wants to short-cut the negotiation process, the **employer** may use the initial draft to communicate fairness. The **employer** can do this by drafting mutual, middle-of-the-road terms, especially about those issues less important to the **employer**....

...If the agreement does include a non-disparagement clause, employees and their counsel usually ask for the clauses to be mutual so the **employer** cannot disparage the employee. **Employers** should not include language agreeing that "the Company" will not engage in disparaging conduct because an **employer**, especially a large, multi-jurisdictional one, cannot possibly control the actions of all its employees or agents. At most, the **employer** may agree to some or all of the following provisions:...

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 33

**Secondary Sources** View all 10,000

1. ⌐

Out of Plan

## ¶ 193,582 SONIA M. GRAHAM PLAINTIFF, V. CITY OF HOPKINSVILLE, KENTUCKY, ET AL. DEFENDANTS.

Labor & Employment Law Labor & Empl. L. P 193582

SONIA M. GRAHAM **PLAINTIFF**, v. CITY OF HOPKINSVILLE, KENTUCKY, et al. **DEFENDANTS**.

CIVIL **ACTION** NO. 5:12—CV—23U.S. District Court, W.D. KentuckySeptember 28, 2012. MEMORANDUM OPINION AND ORDER Thomas B. Russell, Senior District Judge This matter is before the Court upon a Motion to Dismiss (DN 16) by **Defendants** Christian County, Kentucky (Christian...

...**Defendants** point to the general rule under federal jurisprudence that a private right of **action** is not maintainable under a criminal statute....

...Although K.R.S. § 446.070 makes civil remedies available to **plaintiffs**, these remedies are not available merely because a **defendant** has violated a criminal statute....

**Forms** View all 4,328

1. ⌐

## § 98:2. Summary of act

Employment Law Checklists and FormsEMPL-CF § 98:2

The statute, 29 U.S.C.A. §§ 2001 et seq., applies to most private **employers** and prohibits the use of any polygraph tests for applicants or employees for any purpose (governmental **employers** are exempted and private **employers** engaged in security services and drug manufacturing are also exempt in limited circumstances). 29 U.S.C.A. § 2006; Schiro v....

...**Plaintiff** alleged two causes of **action** against the **defendant**: (1) **defendant** discharged **plaintiff** based on the results of polygraph examinations in violation of the EPPA and (2) **defendant** used, accepted, or referred to results of the **plaintiff's** polygraph examinations in violations of EPPA, 29 U.S.C. § 2002(2)....

...Under § 2002(2) no proof is required of an adverse **action** before the **plaintiff** can assert a violation....

**Briefs** View all 10,000

1. ⌐

## Brief Of Defendants, Montgomery County, Sean Petty, James R. Matthews, Joseph Hoeffel, and Bruce L. Castor, Jr.

Shaun BROWN, Plaintiff/Appellant, v. MONTGOMERY COUNTY; Sean Petty, Individually And In His Official Capacity As Supervisory For Emergency Services Of Montgomery County; James R. Matthews; Joseph Hoeffel; Bruce L. Castor, Jr., In Their Official Capacities Only As Commissioners Of Montgomery County, Defendants/Appellees.United States Court of Appeals, Third Circuit.September 13, 2011

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 34

...The plaintiff made unsupported assertions that the defendants accused him, inter alia, criminal activity, but the defendants simply described the plaintiff's actions, gave opinions that the actions were "stupid" and explained that they violated the county code and county code of ethics....

...Furthermore, there is nothing substantially and materially false about describing the plaintiff's actions as being "malfeasance."...

1. ⌐

## Plaintiffs' Brief in Opposition to Cesa 8'S and Bob Kellogg's Motion for Summary Judgment

Nicole R. BOWMAN-FARRELL, Pamela W. Kuck, and Marcia Wittrock, Plaintiffs, v. COOPERATIVE EDUCATIONAL SERVICE AGENCY 8, a/k/a Cesa 8, a Wisconsin governmental subdivision, Robert Kellogg, and Margaret ""Peggy" Jones, Defendants.United States District Court, E.D. Wisconsin, Green Bay Division.January 24, 2007

..."The plaintiff's evidence on the prima facie case need not be overwhelming or even destined to prevail; rather, the plaintiff need present only 'some evidence from which one can infer that the employer took adverse action against the plaintiff on the basis of a statutorily proscribed criterion.'...

...A plaintiff can raise a genuine issue of material fact about an employer's credibility by presenting evidence that the employer's explanation was contrary to the facts, insufficient to justify the action or not truly the employer's motivation....

## Expert Materials View all 1,862

1. ⌐

## The Deposition of Fred Thompson

Partial Expert TestimonyJacqui STARR, an individual, Plaintiff, v. PEARLE VISION, INC., d/b/a Pearle Vision Express, a Corporation, Defendant.United States District Court, N.D. Oklahoma.January 28, 1993

...A   I have looked at the depositions of Jacqui Sta and I have looked at the Defendant's Answers To Plaintiff's Modified Second Interrogatories, Defendant's Response To Plaintiff's First Request For Admissions From Defendant; let's see what facts we have here: Plaintiff's Response To Defendant's First Interrogatories....

...Q   Were you provided a copy of Miss Starr's deposition, the Defendant's Answers To Plaintiff's Modified Second Interrogatories, Defendant's Response To Plaintiff's First Request For Admissions and Plaintiff's Response To Defendant's First Interrogatories, were you provided all those documents by Mr. Bright?...

## Jury Verdicts & Settlements View all 2,594

1. ⌐

## BFS Retail & Comm. Operations v. Harrelson

United States District Court, S.D. Georgia, Waycross Division. December 01, 2008

...Harrelson claimed the employer's actions entitled him to punitive damages, attorney fees and litigation expenses....

...It claimed the defendant converted store property for his own use and the use of others, defrauded the company by making false statements in financial and inventory records in order to cover-up his conduct and committed misfeasance and/or malfeasance in the management of company property entrusted to him....

## Proposed & Enacted Legislation View all 537

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 35

1.

## 2011 CONG US HR 2501

112th CONGRESS, 1st SessionJuly 12, 2011H. R. 2501Introduced in House

To prohibit discrimination in employment on the basis of an individual's status or history of unemployment. Ms. DeLauro (for herself, Mr. Johnson of Georgia, Mr. Davis of Illinois, Mr. Cummings, Mr. Thompson of Mississippi, Ms. Schakowsky, Mr. Filner, Mrs. Maloney, Mr. Rangel, Mr. George Miller of California, Mr. McDermott, Mr. Grijalva, Mr. Fattah, Mr. Towns, Mr. Frank of Massachusetts, Mr. Jackson of Illinois, Ms. Hirono, Ms. Norton, Ms. Moore, Ms. Fudge, Ms. Wilson of Florida, Ms. Woolsey, Mrs. Christensen, Mr. Farr, Mr. Moran, Mr. Lewis of Georgia, Ms. Pingree of Maine, Ms. Richardson, and...

...The court in such an action shall, in addition to any judgment awarded to the plaintiff, allow a reasonable attorney's fee, reasonable expert witness fees, and other costs of the action to be paid by the defendant....

...In the case of such action brought for a willful violation of section 4, such action may be brought within 3 years of the date of the last event constituting the alleged violation for which such action is brought, provided that the limitations for filing an action by an individual shall be tolled during the period that the Secretary is considering a complaint pursuant to subsection (b)(1)....

## Proposed & Adopted Regulations View all 10,000

1.

## 65 FR 79920-01

Employment Standards AdministrationWednesday, December 20, 2000RULES and REGULATIONSRegulations Implementing the Federal Coal Mine Health and Safety Act of 1969, as Amended2000 WL 1852809

On January 22, 1997, the Department issued a proposed rule to amend the regulations implementing the Black Lung Benefits Act. 62 FR 3338-3435 (Jan. 22, 1997). When the comment period closed on August 21, 1997, the Department had received written submissions from almost 200 interested persons, including coal miners, coal mine operators, insurers, physicians, and attorneys. The Department also held hearings in Charleston, West Virginia, and Washington, D.C. at which over 50 people testified. The Department carefully reviewed the testimony and the comments and, on October 8, 1999, issued a second...

...(g) If a coal mine construction or transportation employer fails to comply with an order issued under paragraph (c), and such employer is a corporation, the provisions of § 725.609 shall be applicable to the president, secretary, and treasurer of such employer....

...(f) One comment argues that by creating adversity among the miner's former employers, the Department's revised regulations will create ethical problems for the limited pool of attorneys who currently represent employers in black lung benefits cases, and will therefore deprive employers of their right to the counsel of their choice....

VIEW:

- Overview15**Overview**
- Cases9,996Cases
- Trial Court Orders648Trial Court Orders
- Statutes & Court Rules2,225Statutes & Court Rules
- Regulations2,319Regulations
- Administrative Decisions & Guidance9,840Administrative Decisions & Guidance

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 36

Practical Law 7,114Practical Law**Court Orders**View all 227

1. ☐

## Doe v. United States of America

United States District Court, N.D. California.May 29, 2015No. 14-MC-1412 (JG).

...Since the conviction was for health care **fraud**, it's hard to blame those **employers** for using the conviction as a proxy for Doe's unsuitability....

...The government's main arguments against expungement are that Doe's circumstances are not sufficiently extreme and that it is entirely appropriate for **employers** in the health care field to have knowledge of her conviction of health care **fraud**....

## Statutes & Court RulesView all 1,680

1. ☐

## Rule 9.    Pleading Special Matters

FRCP Rule 9United States Code Annotated

- ○ United States Code Annotated
- ○ Federal Rules of Civil Procedure for the United States District Courts
- ○ Title III. Pleadings and Motions

....   **FRAUD**...

...**Plaintiff** pleaded **fraud** with sufficient particularity with respect to claim that **defendant** neglected to disclose large number of chemical components in water to be treated and disposed of by **plaintiff**, even though **defendant** signed report certifying that description of what was contained in water was accurate;   **plaintiff** stated that report signed by **defendant** failed to disclose chemicals in water, that report was signed and given to **plaintiff** so that **plaintiff** would act by disposing of wastewater for **defendant**...

## RegulationsView all 2,391

1. ☐

## § 790.16   "In reliance on."

29 C.F.R. § 790.16 Code of Federal Regulations

- ○ Code of Federal Regulations
- ○ Title 29. Labor
- ○ Subtitle B. Regulations Relating to Labor
- ○ Chapter V. Wage and Hour Division, Department of Labor

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 37

1
2

- ○ Subchapter B. Statements of General Policy or Interpretation Not Directly Related to Regulations
- ○ Part 790. General Statement as to the Effect of the Portal–To–Portal Act of 1947 on the Fair Labor Standards Act of 1938
- ○ Defense of Good Faith Reliance on Administrative Regulations, Etc.

... After an employee suit has been brought against him, another **employer** calls his attention to a letter that had been written by the Administrator of the Wage and Hour Division, in which the opinion was expressed that employees of the type employed by the **defendant** were exempt from the overtime provisions of the Fair Labor Standards Act.... ...(b) Assume, for example, that an **employer** failed to pay his employees in accordance with the overtime provisions of the Fair Labor Standards Act....

## Administrative Decisions & Guidance View all 9,850

1. ⌐

Out of Plan

## CHAIRMAN LEVITT DISCUSSES SECURITIES LITIGATION REFORM; ANNOUNCES CREATION OF S.E.C. LITIGATION ANALYSIS UNIT TO HELP SCREEN OUT CASES THAT LACK MERIT

S.E.C. January 25, 1995 S.E.C. 95-61995 WL 28285

...abusive to the General Counsels immediate attention. Key terms defined: **Fraud** on the market: * The **fraud** on the market theory is based on the concept that...
...failure to disclose material corporate information are regarded as a **fraud** on all stock purchasers, even those that did not personally...

## Practical Law View all 6,810

1. ⌐

## Employer-Side Strategies for Negotiating a Severance or Settlement Agreement: Single Plaintiff Employment Dispute

Practice notes Maintained National/Federal

A Practice Note describing strategies for negotiating a severance or settlement agreement in a single plaintiff employment dispute from the employer's perspective. This Note focuses on the employer's business considerations, the reasons for settlement, key employer agreement terms, strategies for responding to common employee demands, and other...

...The **employer's** approach to the first draft of the agreement varies depending on the circumstances of the employee's departure. For example, where the employee's departure is less contentious, or the **employer** wants to

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 38

short-cut the negotiation process, the **employer** may use the initial draft to communicate fairness. The **employer** can do this by drafting mutual, middle-of-the-road terms, especially about those issues less important to the **employer**....
...A Practice Note describing strategies for negotiating a severance or settlement agreement in a single **plaintiff** employment dispute from the **employer's** perspective. This Note focuses on the **employer's** business considerations, the reasons for settlement, key **employer** agreement terms, strategies for responding to common employee demands, and other best practices. This Note addresses federal law but flags common state law issues that **employers** must consider. For state-specific resources, see Settling State Law Employment Disputes Toolkit and Employment Claims in Release Agreements: State Q&A Tool...

## Secondary Sources View all 10,000

1. ⌐

## Employer's misrepresentations as to employee's or agent's future earnings as actionable fraud

American Law Reports ALR3dThe ALR databases are made current by the weekly addition of relevant new cases.16 A.L.R.3d 1311 (Originally published in 1967)

This annotation discusses whether an employee or agent has a tort action for **fraud** against his **employer** where the **employer** has misrepresented the employee's or agent's future earnings in order to induce the employee or agent to enter into or remain in the employment or agency relationship. Related Annotations are located under the heading of this...

...That **employer** intended to out-source sales to save money on commissions, thereby increasing its profit, did not demonstrate that **employer** lied to its existing sales force about its intent to pay commissions, or that **employer** promised to pay **plaintiff** commissions with no intent of doing so, thus defeating **plaintiff's** actual **fraud** claim against **employer**....
...Alleged false representation by former **employer** that **employer** corporation would divide profits in form of equal salaries and bonuses to employees was mere statement of future intention, rather than actionable **fraud**, in absence of allegation that **employer** never intended to honor statemtnt and in absence of justifiable reliance on part of employee; alleged false representation that if employee would refrain from obtaining patent on product developed by him and would allow his **employer** to manufacture it, litigation with other companies would be avoided and employee's bonus would accordingly be greatly increased due to increased profits of **employer**...

## Forms View all 4,331

1. ⌐

## § 1:21. Provisions to include in severance agreements—Continuation of benefits

Special Study for Corporate Counsel on Severance AgreementsSEVAGR § 1:21

Some severance packages contain a provision that provides for the continuation of the employee's benefits, such as health and life insurance, for a period of time after discharge. This can be handled in a couple of ways. COBRA requires **employers** to make health benefits available to terminating employees for a period of up to eighteen months. The...

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 39

...It would be unjust for **Plaintiff** to retain these benefits because **Plaintiff** did not waive her right to sue **Defendant** for discriminatory discharge....

...After the former **employer** received the **plaintiff's** signed document, a payment transmission was authorized and her COBRA benefits were paid....

**Briefs**View all 10,000

1.  ⌐

## Brief Amici Curiae of the Equal Employment Advisory Council and Chamber of Commerce of the United States of America in Support of Respondent and in Support of Affirmed

Stacy M. PLATONE, Petitioner, v. UNITED STATES DEPARTMENT OF LABOR, Respondent.United States Court of Appeals, Fourth Circuit.December 05, 2007

...Our sole concern is whether the reason for which the **defendant** discharged the **plaintiff** was discriminatory....

...Thus, when an **employer** articulates a reason for discharging the **plaintiff** not forbidden by law, it is not our province to decide whether the reason was wise, fair, or even correct, ultimately, so long as it truly was the reason for the **plaintiff's** termination....

**Trial Court Documents**View all 10,000

1.  ⌐

## Third Party Defendant Local 80's Motion to Dismiss Third Party Complaint

TRUSTEES OF THE SHEET METAL WORKERS' LOCAL, UNION NO. 80 PENSION TRUST FUND, Plaintiffs/ Counter-Defendants, v. W.G. HEATING & COOLING, INC., Defendant/Counter-Plaintiff; W.G. Heating & Cooling, Inc. Third-Party Plaintiff, v. Sheet Metal Workers International Association, Local 80, Third-Party Defendant.United States District Court, E.D. Michigan, Southern Division.July 25, 2008

...In order to prove fraudulent misrepresentation or common-law **fraud**, a **plaintiff** generally must show that: (1) the **defendant** made a material representation; (2) the representation was false; (3) when the **defendant** made the representation, the **defendant** knew that it was false, or made it recklessly, without knowledge of its truth as a positive assertion; (4) the **defendant** made the representation with the intention that the **plaintiff** would act upon it; (5) the **plaintiff** acted in reliance upon it; and (6) the **plaintiff**...

...**Defendant**/counter- **plaintiff**/third-party **plaintiff** W.G. Heating & Cooling (the " **Employer** ") is a company that was previously a signatory to a collective bargaining agreement with the Union which required the **Employer** to remit fringe benefit contributions....

**Expert Materials**View all 3,424

1.  ⌐

## (Report or Affidavit of Christian C. R. Wrigley)

Expert Report and AffidavitTim VAUGHN, Plaintiff, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, Defendant.United States District Court, W.D. Missouri, Western Division.July 14, 2005

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 40

...The **Fraud** and Non-compliance section of the Workers' Compensation was established, and intended by the drafters, to address outright **fraud** of disability claims where there was no medical evidence to support the claim....
...From 1976 through 1995 I lobbied on behalf of the above associations primarily in area of **employer**/employee legislation....

## Jury Verdicts & Settlements View all 2,218

1.

## National Steel Corp. v. Wood
United States District Court, S.D. Florida. June 20, 2003

...In addition, NSC alleged Wood engaged in civil conspiracy to breach fiduciary duties, commit **fraud**, commit constructive **fraud** and commit commercial bribery....
...NSC filed a lawsuit against Wood in the United States District Court for the Southern District of Florida, Miami Division, alleging violations of the Robinson-Patnam Act, 15 U.S.C.   13(c) for accepting illegal kickbacks while engaged in interstate commerce, breach of fiduciary duties owed to NSC, **fraud**, constructive **fraud** and commercial bribery....

## Proposed & Enacted Legislation View all 510

1.

## 2017 CONG US HR 4760
115th CONGRESS, 2nd Session January 10, 2018H. R. 4760Introduced in House

To amend the immigration laws and the homeland security laws, and for other purposes. Mr. Goodlatte (for himself, Mr. McCaul, Mr. Labrador, Ms. McSally, Mr. Sensenbrenner, and Mr. Carter of Texas) introduced the following bill; which was referred to the Committee on the Judiciary, and in addition to the Committees on Education and the Workforce, Homeland Security, Foreign Affairs, Ways and Means, Armed Services, Oversight and Government Reform, Agriculture, Transportation and Infrastructure, and Natural Resources, for a period to be subsequently determined by the Speaker, in each case for...

...If an **employer** chooses voluntarily to seek verification of any individual employed by the **employer**, the **employer** shall seek verification of all individuals employed at the same geographic location or, at the option of the **employer**, all individuals employed within the same job category, as the employee with respect to whom the **employer** seeks voluntarily to use the verification system....
...The Secretary shall designate an **employer** as a registered agricultural **employer** if the Secretary determines that the **employer**-...

## Proposed & Adopted Regulations View all 8,102

1.

## 85 FR 60288-01
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENTThursday, September 24, 2020RULES and

REGULATIONSHUD's Implementation of the Fair Housing Act's Disparate Impact Standard2020 WL 5653671
PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 41

1   HUD has long interpreted the Fair Housing Act ("the Act") to create liability for practices with an unjustified
2   discriminatory effect, even if those practices were not motivated by discriminatory intent. This rule amends HUD's
3   2013 disparate impact standard regulation to better reflect the Supreme Court's 2015 ruling in Texas Department of
4   Housing and Community Affairs v. Inclusive Communities Project, Inc. and to provide clarification regarding the
5   application of the standard to State laws governing the business of insurance. This rule revises the burden-shifting
    test for determining whether...

6   ...(3) If a **defendant** rebuts a **plaintiff's** assertion under paragraph (c)(1) of this section, the **plaintiff** must prove by
7   the preponderance of the evidence either that the interest (or interests) advanced by the **defendant** are not valid or
    that a less discriminatory policy or practice exists that would serve the **defendant's** identified interest (or interests) in
8   an equally effective manner without imposing materially greater costs on, or creating other material burdens for,
    the **defendant**....

9   ...[FN9] The proposed revisions included defenses that a **defendant** could utilize to rebut the **plaintiff's** case, by
    showing that the **defendant's** discretion was materially limited, that the **defendant's** use of a risk assessment
10  algorithm was non-discriminatory, or that the **plaintiff** had failed to plead a prima facie case....

11  * Cases9,999CasesTrial Court Orders227Trial Court Orders
    * Statutes & Court Rules1,680Statutes & Court Rules
12  * Regulations2,391Regulations
    * Administrative Decisions & Guidance9,850Administrative Decisions & Guidance
13  * Practical Law6,810Practical Law
    * Secondary Sources10,000Secondary Sources
14  * Forms4,331Forms
    * Briefs10,000Briefs
15  * Trial Court Documents10,000Trial Court Documents
    * Expert Materials3,424Expert Materials
16  * Jury Verdicts & Settlements2,218Jury Verdicts & Settlements
    * Proposed & Enacted Legislation510Proposed & Enacted Legislation
17  * Proposed & Adopted Regulations8,102Proposed & Adopted Regulations
    * All results79,542All results
18  * Trial Court Documents10,000Trial Court Documents
    * Expert Materials1,862Expert Materials
19  * Jury Verdicts & Settlements2,594Jury Verdicts & Settlements
20  * Proposed & Enacted Legislation537Proposed & Enacted Legislation
    * Proposed & Adopted Regulations10,000Proposed & Adopted Regulations
    * All results8All results

21  We ASK FOR punitive damages for whatever the court of jury returns as fair judgement against the Defendant(s) for
22  the actions committed.

23

24

25                                                          Dated this April 10, 2023, year.

26                                                          *Thomas E, Rothschild*

27                                                          Thomas E Rothschild, Attorney in Fact

28

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 42

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR CLASS ACTION CERTIFICATIONBREACH OF COVENANT OF QUIET
ENJOYMENTFRAUD MALFEASANCEVIOLATIONS 0F THE ADA COMPLIANCE TITLE IWRONGFUL
TERMINATIONHARASSMENT IN THE WORKPLACECIVIL RIGHTS VIOLATION – EMPLOYMENT
AGEPETITION FOR WRIT OF MANDATE ORDER 0FCLASS ACTION APPROVAL - 43